UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:16-cr-10050-KMM-3

UNITED STATES OF AMERICA

v.

HECTOR LEONARDO
GUAGUA-ALARCON,

    Defendant.
_____ /

### ORDER

THIS CAUSE came before the Court upon Defendant Hector Leonardo Guagua-Alarcon's ("Defendant") *pro se* Motion for an Order Reopening the Criminal Proceedings to Recall the Judgment of Guilty, which is filed pursuant to Federal Rule of Criminal Procedure 47(a). ("Mot.") (ECF No. 206). The Government filed a response in opposition, (ECF No. 209), to which Defendant filed a reply, (ECF No. 210). The matter was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, who issued a Report and Recommendation. ("R&R") (ECF No. 212). Defendant failed to file objections to the Report and Recommendation, and the time to do so has passed. The matter is now ripe for review.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). The Court "must consider *de novo* any objection to the magistrate judge's recommendation." Fed. R. Crim. P. 59(b)(3). When the objecting party has not properly objected to the magistrate judge's findings, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See Keaton v. United States*, No. 14-21230-CIV, 2015 WL

12780912, at *1 (S.D. Fla. May 4, 2015); *see also Lopez v. Berryhill*, No. 17-CV-24263, 2019 WL 2254704, at *2 (S.D. Fla. Feb. 26, 2019) (stating that a district judge "evaluate[s] portions of the R & R not objected to under a clearly erroneous standard of review" (citing *Davis v. Apfel*, 93 F. Supp. 2d 1313, 1317 (M.D. Fla. 2000))).

In the Report and Recommendation, Magistrate Judge Snow finds that the proper vehicle by which Defendant may obtain the relief he seeks is to file a Motion to Vacate pursuant to 28 U.S.C. § 2255. R&R at 2. In addition, Magistrate Judge Snow finds that, even construing the instant Motion as a motion to vacate pursuant to § 2255, it is untimely. *Id.* Accordingly, Magistrate Judge Snow recommends that Defendant's *pro se* Motion be denied.

This Court agrees that the proper vehicle for Defendant to obtain the relief he seeks is via a Motion to Vacate filed pursuant to 28 U.S.C. § 2255.

Accordingly, UPON CONSIDERATION of the Motion, the Report and Recommendation, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Snow's Report and Recommendation (ECF No. 212) is ADOPTED and Defendant's *pro se* Motion for an Order Reopening the Criminal Proceedings to Recall the Judgment of Guilty pursuant to Federal Rule of Criminal Procedure 47(a) (ECF No. 206) is DENIED. The Clerk of Court is INSTRUCTED to SEND Defendant the Court's form Motion to Vacate under 28 U.S.C. § 2255 (Form AO 243).

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of July, 2022.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:   Hector Leonardo Guagua-Alarcon
     14409-104

2

Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1031
Coleman, FL 33521

Counsel of record